IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DIVISION OF EUGENE

| | |
|---|---|
| CORINA VICTORIO, MARGARITA SOLIS, SHARA BURRIS, CHYRAL PEREZ, and ROBERT TIPSWORD, individually and on behalf of all others similarly situated,<br><br>                 Plaintiffs,<br><br>   v.<br><br>STAHLBUSH ISLAND FARMS, Inc.,<br><br>                 Defendant. | Case No. 6:10-CV-6061-AA<br><br>**JUDGMENT** |

By an order dated November 8, 2011, the Court granted final approval of the Class Action Settlement in this case, dismissed the Collective and Class Action Complaint with prejudice, and directed entry of this final judgment; based upon the foregoing, it is hereby:

**ORDERED, ADJUDGED, and DECREED**

1. The parties are directed to implement the Settlement according to its terms.

2. This action and all claims herein are dismissed in their entirety with prejudice, without costs to any party.

3. The Court hereby confirms the certification of the following Settlement Class under Federal Rules of Civil Procedure 23(a) and 23(b)(3):

> Current and former employees of Stahlbush Island Farms, Inc., who, according to Stahlbush's recordkeeping, worked time on projects, jobs, or tasks between March 10, 2008 and March 10, 2010 that under Stahlbush's current overtime policy would be eligible for overtime. Excluded from the class are any current or former employees that have signed releases with Stahlbush.

Page 1 – JUDGMENT

00325195

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET
PORTLAND, OREGON 97204
TEL. (503) 227-1600   FAX (503) 227-6840

4. Plaintiffs Corina Victorio, Margarita Solis, Shara Burris, Chyral Perez, and Robert Tipsword and Plaintiffs' Counsel have fairly and adequately represented the Settlement Class throughout this action.

5. As provided in the Settlement, the Settlement is in full settlement, compromise, release, and discharge of the Settled Claims and each of them, and the Released parties have no further or other liability or obligation to any member of the Settlement Class or Releasing Persons with respect to the Settled Claims, except as expressly provided for in the Settlement. The release set forth in the Settlement and reflected in this order has the scope provided for in the Settlement.

6. The Court finds that the plaintiffs are entitled to an award of attorney fees and costs, in an amount to be determined by the court in a supplemental judgment.

7. Without affecting the finality of this Judgment, the Court hereby reserves continuing and exclusive jurisdiction over all matters related to the administration and consummation of the terms of the Settlement.

8. Notwithstanding the reservation of jurisdiction in paragraph 7, this is a final and appealable judgment that ends the litigation of all claims alleged in this action. The Clerk is directed to enter this Judgment in the civil docket forthwith.

Date: 11/23/2011

Hon. Ann L. Aiken
United States District Court Judge

00325195

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET
PORTLAND, OREGON 97204
TEL. (503) 227-1600  FAX (503) 227-6840

Respectfully submitted by:

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.


By: /s/ Steve D. Larson
**Steve D. Larson,** OSB No. 863540
**Yoona Park,** OSB No. 077095
209 SW Oak Street, 5th Floor
Portland, OR 97204
Telephone:   (503) 227-1600
Facsimile:    (503) 227-6840
Email: slarson@stollberne.com
       ypark@stollberne.com

**Attorneys for Plaintiffs**

Page 3 –   JUDGMENT

00325195

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET
PORTLAND, OREGON 97204
TEL. (503) 227-1600  FAX (503) 227-6840